UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------

MICHAEL D. JOHNSON

             Plaintiff,

  -v.-

             Civil Action No.
             1:13-cv-689 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

             Defendant.

-----------------------------------------------------------------------------

APPEARANCES:        OF COUNSEL:

**FOR THE PLAINTIFF:**

MICHAEL D. JOHNSON
*Pro Se*
1038 Howard Street
Schenectady, New York 12303

**FOR THE DEFENDANT:**

Social Security Administration   DAVID L. BROWN, ESQ.
Office of Regional General Counsel DAVID B. MYERS, ESQ.
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

  The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed July 21,

2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed July 21, 2014 (Dkt. No. 17) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that Johnson's request to remand this action is DENIED and the Commissioner's decision is AFFIRMED and Johnson's complaint (Dkt. No. 1) is DISMISSED; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order upon the plaintiff by certified mail and to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: September 3, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court